In the Matter of Acquiring Title by the CITY OF NEW YORK, Respondent, to Lands North of West One Hundred and Eighty-seventh Street in the Borough of Manhattan.

ESAM HOLDING CORPORATION et al., Appellants.

(Argued March 18, 1929; decided April 16, 1929.)

*Frank C. Laughlin, Joseph W. Kirkpatrick* and *Isaac E. Bermant* for Esam Holding Corporation, appellant.

*James Garfield Moses* and *Edward W. Murphy* for Louise L. Sicher et al., appellants.

*George P. Nicholson, Corporation Counsel* (*Henry W. Mayo* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.